JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:     (510) 637-3507
Email:         Samantha_Jaffe@fd.org

Counsel for Defendant Bell, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BELL, JR.,<br><br>Defendant. | **Case No.:** 4:23–mj-71439-MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS REGARDING PRELIMINARY HEARING AND ARRAIGNMENT AND TO EXCLUDE TIME**<br><br>**Court:**     Courtroom 4, 3rd Floor |

      Mr. Bell, Jr. is set for a status before this Court on January 12, 2024. The parties jointly request a continuance of this status until February 20, 2024 and to exclude time under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act until February 20, 2024. Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      The most recent discovery production occurred on November 28, 2023. Mr. Bell, Jr.'s phone download was the bulk of that production. Defense counsel was out of the District from December 20 through January 1st, and is continuing to work through reviewing that download in order to review it with Mr. Bell, Jr. In addition, the parties are continuing to confer about resolution.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Mr. Bell, Jr. the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time between January 12, 2024, through February 20, 2024, should be excluded in accordance with Fed. R. Crim. P. 5.1 and the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

Dated:   January 4, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated:   January 4, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
ANDREW PAULSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BELL, JR.,<br><br>Defendant. | **Case No.:** 4:23–mj-71439-MAG<br><br>**ORDER TO CONTINUE STATUS AND EXCLUDE TIME** |

  Based on the agreement of the parties in the stipulation above, the status hearing regarding preliminary hearing and arraignment presently set for January 12, 2024, at 10:30 a.m., is vacated. This matter is reset to February 20, 2024, at 10:30 a.m.

  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from January 12, 2024 through February 20, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 12, 2024 through February 20, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 12, 2024 through February 20, 2024 shall be

1  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2  Moreover, with the consent of the defendant, and taking into account the public interest in the
3  prompt disposition of criminal cases, the court finds good cause for extending the time limits for a
4  preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time
5  period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See*
6  Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

8  IT IS SO ORDERED.

10  Dated:   January 4, 2024

   THE HON. DONNA M. RYU
11  Chief United States Magistrate Judge

*[Signature stamp: IT IS SO ORDERED, Judge Donna M. Ryu, United States District Court, Northern District of California]*